```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

STEFANIE LENARD, on behalf of
herself and all others similarly
situated,

                    Plaintiff,

vs.                      Case No. 2:11-cv-611-FtM-29SPC

MULTISOFT CORPORATION, a Florida
profit corporation, ROBERT PROCTOR,
individually,

                    Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #17), filed March 9, 2012, recommending that the parties' Joint Motion for Approval of FLSA Settlement (Doc. #16) be granted, the settlement agreement approved, and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #17) is hereby **adopted** and the findings incorporated herein.

2.  The parties' Joint Motion for Approval of FLSA Settlement (Doc. #16) is **granted** and the Settlement Agreement, Waiver, and Release (Doc. #16-1) is **approved** as fair and reasonable.

3.   The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of March, 2012

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record

JOHN E. STEELE
United States District Judge

-2-